UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>CDCR DIRECTOR, et al.,<br><br>Defendants. | No. 2:17-cv-2611 AC P<br><br><br><br>ORDER |

Plaintiff has requested to amend his September 7, 2018 declaration (ECF No. 14 at 2) by replacing it with his August 31, 2018 declaration (ECF No. 15 at 2). However, the declaration at issue is intended to support a motion that was recently denied (ECF No. 16) and any need to substitute the declaration is therefore moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend his declaration (ECF No. 15) is denied.

DATED: September 20, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE