UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR DIRECTOR, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2611 AC P<br><br><br><br>ORDER |

Plaintiff has requested a thirty-day extension of time to file his amended complaint. ECF No. 21. His amended complaint is currently due on October 18, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 21) is granted; and
2. Plaintiff shall file his amended complaint on or before November 19, 2018.

DATED: October 19, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE