UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR DIRECTOR, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2611 AC P<br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an amended complaint. ECF No. 23. Good cause appearing, the request will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 23) is granted; and

2. Plaintiff is granted fifteen days from the service of this order in which to file an amended complaint.

DATED: November 27, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE