UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CDCR DIRECTOR, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2611 AC P<br><br><br>ORDER |

Plaintiff has filed his third request for an extension of time to file an amended complaint. ECF No. 25. Good cause appearing, the request will be granted. However, no further extensions of time will be granted absent a showing of extraordinary circumstances.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 25) is granted; and

2. Plaintiff is granted fifteen days from the service of this order in which to file an amended complaint. No further extensions of time will be granted absent a showing of extraordinary circumstances.

DATED: December 20, 2018

　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE