UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDCR DIRECTOR, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-2611 AC P<br><br><br>ORDER AND FINDINGS AND<br>RECOMMENDATIONS |

By order filed September 18, 2018, the undersigned screened the complaint and dismissed it with leave to amend within thirty days. ECF No. 16. Plaintiff was warned that failure to file an amended complaint would result in a recommendation that this case be dismissed. Id. at 7. Plaintiff has been granted three extensions of time to file and was warned with the last one that no further extensions of time would be granted absent a showing of extraordinary circumstances. ECF Nos. 22, 24, 26. The deadline for filing an amended complaint has now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. See L.R. 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 22, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE