UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>CDCR DIRECTOR, et al.,<br><br>Defendants. | No. 2:17-cv-2611 KJM AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a motion that requests to amend the complaint by adding additional documentary evidence and additional pages to his declaration. ECF No. 42. The first amended complaint was recently screened and dismissed with leave to amend. ECF No. 41. The request to amend the complaint by supplementation will therefore be denied. If plaintiff wishes to amend the complaint as permitted by the July 31, 2019 screening order, he must file a comprehensive amended complaint that contains all the allegations he seeks to make. Furthermore, it is not necessary for plaintiff to provide documentary evidence with his complaint. Plaintiff should focus on explaining in his own words what each defendant did that he believes violated his constitutional rights.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend by supplementing the complaint (ECF No. 42) is denied. If plaintiff wishes to amend the complaint, he may do so as provided in the July 31, 2019 screening order.

DATED: August 1, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE