| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>CDCR DIRECTOR, et al.,<br><br>Defendants. | No. 2:17-cv-2611 KJM AC P<br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2019, the magistrate judge filed an order and findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 41. Plaintiff has filed objections to the findings and recommendations, as well as to the order denying his motion for counsel and the screening order. ECF No. 56.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. With respect to the objections to the screening order and denial of counsel, Federal Rule of Civil

1

Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law." The July 31, 2019 orders of the magistrate judge are not clearly erroneous or contrary to law and the objections will be overruled.

Plaintiff has also filed a motion for reconsideration of the September 6, 2019 order denying his motions to amend other motions (ECF No. 60) and objections to the order (ECF No. 61). Local Rule 303(f) provides that a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Plaintiff's motion for reconsideration states only that his motions should be granted and refers the court to his simultaneously filed objections. The court has reviewed his objections to the order and finds that the magistrate judge's September 6, 2019 order is not clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 31, 2019 (ECF No. 41), are adopted in full.

2. Plaintiff's motions for preliminary injunction (ECF Nos. 29, 31, 36-40) are denied without prejudice. Plaintiff's renewed motion for preliminary injunction (ECF No. 62) is denied for the same reasons outlined in the July 31, 2019 findings and recommendations (ECF No. 41).

3. Plaintiff's objections to the July 31, 2019 order (ECF No. 56) are overruled.

4. Plaintiff's motion for reconsideration (ECF No. 60) is denied.

5. Plaintiff's objections to the September 6, 2019 order (ECF No. 61) are overruled.

6. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: January 14, 2020.

CHIEF UNITED STATES DISTRICT JUDGE