UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR DIRECTOR, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2611 KJM AC P<br><br><br><br>ORDER |

By order filed July 31, 2019, the undersigned screened the first amended complaint and dismissed it with leave to amend. ECF No. 41. Plaintiff then filed objections to the screening order under Federal Rule of Civil Procedure 72(a). ECF No. 56. As a result, his deadline to file an amended complaint was vacated, to be re-set, as necessary, after the District Judge ruled on the objections. ECF No. 65 at 4. The District Judge has now overruled the objections. ECF No. 68.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the service of this order, plaintiff shall file an amended complaint. Failure to file an amended complaint will result in a recommendation that his action be dismissed.

DATED: January 16, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE