UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>CDCR DIRECTOR, et al.,<br><br>Defendants. | No. 2:17-cv-2611 KJM AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed various motions for relief. ECF Nos. 70-73, 80-81.

Two of plaintiff's motions seek an extension of time to file a second amended complaint. ECF Nos. 73, 80. Good cause appearing, the motions will be granted.

Plaintiff has also filed two motions for extension of time to file and serve objections to the December 12, 2019 order denying several of his motions.[1] ECF Nos. 70, 72. Plaintiff has simultaneously filed a document entitled "Objections to Magistrate Judge's Findings and Recommendations and its Points and Authorities and its Conclusion." ECF No. 75. Though the objections do not specify the date or docket number of the "findings and recommendations" to

---

[1] Although plaintiff's captions refer to the order as findings and recommendations, the contents of the motions explicitly refer to the December 12, 2019 order by date and he references the previous extension of time granted at ECF No. 66. ECF Nos. 70, 72.

which plaintiff is objecting, they address the matters adjudicated in the December 12, 2019 order.[2] Id. For clarity, the Clerk of the Court will therefore be directed to update the docket to identify the objections as a motion for reconsideration by the district judge under Local Rule 303(c).[3] Because plaintiff's motion for reconsideration is already timely, the motions for an extension of time are moot and will be denied as such. Plaintiff is advised that in the future, the title of any objections or motions for reconsideration must identify the findings and recommendations or order they address by either date or docket number. Failure to properly identify the findings and recommendations or order being addressed will result in the objections or motion for reconsideration being disregarded. See L.R. 230(j), 303(c) (requiring identification of the decision for which reconsideration is sought).

Next, plaintiff has filed a motion for a court order referring this cause of action to the District Court's Judicial Committee "for review and investigation." ECF No. 71. Because the United States District Court for the Eastern District of California does not have such a committee, this motion will be denied.

Finally, plaintiff has filed a motion in which he requests that the court order the FBI to investigate the prison's alleged perjury and removal of his medical records. ECF No. 81. The requested relief is outside the scope of this court's authority and will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time to file an amended complaint, ECF Nos. 73, 80, are granted, and he shall have thirty days from the service of this order to file a second amended complaint.

2. Plaintiff's motions for an extension of time to file a motion for reconsideration, ECF Nos. 70, 72, are denied as moot.

////

---

[2] Plaintiff has previously referred to the December 12, 2019 order as findings and recommendations, even though it does not contain findings and recommendations. See ECF Nos. 66, 70, 72.

[3] The Clerk of the Court will also be directed to update the docket to reflect that the motion for reconsideration filed at ECF No. 74 seeks reconsideration of the district judge's January 15, 2020 order at ECF No. 68.

3. The Clerk of the Court is directed to update the docket to reflect that the objections filed at ECF No. 75 are a motion for reconsideration by the district judge of the magistrate judge's December 12, 2019 order at ECF No. 65.

4. The Clerk of the Court is directed to update the docket to reflect that the motion for reconsideration filed at ECF No. 74 seeks reconsideration of the district judge's January 15, 2020 order at ECF No. 68.

5. Plaintiff's motion for referral, ECF No. 71, is denied.

6. Plaintiff's motion for an FBI investigation, ECF No. 81, is denied.

DATED: February 27, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE