UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>CDCR DIRECTOR, et al.,<br><br>Defendants. | No. 2:17-cv-2611 KJM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Currently pending before the undersigned are plaintiff's motion for transcripts and medical transfer (ECF No. 84) and motion for an extension of time to file an amended complaint (ECF No. 89).

I. Motion for Transcripts and Medical Transfer

Plaintiff once again moves for an order directing the Clerk of the Court to provide him with copies of a court order issued in a case he had before this court sometime between 1981 and 1984. ECF No. 84. However, as plaintiff has already been advised, he has not provided sufficient information to identify the order at issue, and this court's electronic records show that his oldest case initiated in this court was filed in 1998. See ECF No. 65 at 4. Accordingly, this request will once again be denied. Plaintiff also seeks an order from the court directing the California Department of Corrections to transfer him to San Joaquin Care Hospital in accordance

1

with the unidentified order. ECF No. 84 at 4. Not only is the court unable to identify such an order, but even if it were able to do so, plaintiff would have to provide evidence demonstrating that conditions justifying such an order over thirty years ago still existed today. The request for an order to transfer him to San Joaquin Care Hospital will therefore also be denied.[1]

II.     Motion to Amend

By order filed July 31, 2019, the undersigned screened the first amended complaint and dismissed the complaint with leave to file an amended complaint within thirty days. ECF No. 41. Plaintiff sought (ECF No. 51) and was granted an extension of time to file an amended complaint (ECF No. 52), after which he filed objections to the screening order (ECF No. 56) and another motion for extension of time to file an amended complaint (ECF No. 59). On December 12, 2019, due to the pending objections to the screening order, the deadline to amend the complaint was vacated, to be re-set once the District Judge ruled on the objections. ECF No. 65. The objections were overruled on January 15, 2020 (ECF No. 68), and the following day plaintiff was ordered to file an amended complaint within thirty days and warned that failure to do so would result in a recommendation that this action be dismissed (ECF No. 69). Plaintiff then filed two motions for an extension of time to file an amended complaint (ECF Nos. 73, 80) which were granted on February 27, 2020 (ECF No. 82). Plaintiff has since filed another motion for a thirty-day extension of time to file an amended complaint in which he claims that he requires additional time to amend the complaint because of a "flu virus, lock downs, changing of staff, no access to library services (overburdening) and beyond plaintiff's control." ECF No. 89. He claims that he is also attempting to obtain better pain medication and to comply with a Ninth Circuit order. Id.

It has been approximately eight and a half months since the court originally ordered plaintiff to file an amended complaint, and approximately four months since the deadline to file an amended complaint was re-set following the District Judge's affirmation of the screening order. During that time, plaintiff has filed numerous, and often lengthy and repetitive, objections

---

[1] The court further notes that plaintiff has already filed numerous motions for injunctive relief seeking a transfer to San Joaquin Care Hospital that have been denied. See ECF No. 68 (denying multiple motions for injunction); ECF No. 83 (denying motion for reconsideration of order denying motions for injunction).

and motions for reconsideration of various orders (ECF Nos. 56, 60-61, 74-75, 86-87, 90); motions for extension of time to file such objections and motions (ECF Nos. 46, 53, 55, 66, 70, 72); and various, often duplicative other motions for relief (ECF Nos. 44-45, 48, 50, 57-58, 62-63, 71, 81, 84-85, 88). Although plaintiff claims that he is unable to complete an amended complaint within the time he has already been given, the sheer volume of his filings, both in terms of their number and length, clearly demonstrates that rather than moving this case forward by amending the complaint, he has instead chosen to spend his time filing lengthy and repetitive objections to and motions for reconsideration of nearly every order issued by this court and duplicate motions for other relief.

For these reasons, while the motion for extension will be granted, plaintiff is advised that this will be his final extension of time to file an amended complaint. No further extensions of time will be granted, and if he fails to file an amended complaint the undersigned will recommend dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a court order (ECF No. 84) is denied.

2. Plaintiff's motion for an extension of time to file an amended complaint (ECF No. 89) is granted. Plaintiff shall have thirty days from the service of this order to file an amended complaint. No further extensions of time will be granted and failure to file an amended complaint will result in a recommendation that this action be dismissed.

DATED: May 18, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE